## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MINDY JAYE ZIED-CAMPBELL, DENNIS JOHN CAMPBELL, | : | No. 114 EM 2017 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| THE DEPARTMENT OF HUMAN SERVICES, AND ALL OF THE DEPARTMENTS CONTAINED THEREIN, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of December, 2017, the Application for the Exercise of King's Bench Power or Extraordinary Jurisdiction in the Form of Mandamus Action and the Motion for Leave to Supplement are DENIED.